## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Rene MURRIETA, JR.**<br>DOB: 1996; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**24-01458MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about January 23, 2024, in the District of Arizona, **Jose Rene MURRIETA, JR.** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: three (3) AK-style rifles that were a 7.62x39 Pioneer Arms rifle and two 7.62x39 Century Arms rifles, three (3) Glock 9mm 19X pistols, three (3) 7.62x39 magazines, and six (6) Glock 9mm 19X pistol magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 23, 2024, **Jose Rene MURRIETA, JR.** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Jose Rene MURRIETA, JR.**, who was the driver and registered owner of a 2009 Ford Flex bearing Arizona license plate M4A8VP. The primary CBPO asked **MURRIETA, JR.** if he had any weapons, ammunition, or currency more than $10,000 dollars to declare. The CBPO received a negative customs declaration, however, **MURRIETA, JR.** stated he had $700 in U.S. currency. When the primary CBPO requested **MURRIETA, JR.** provide identification, the CBPO observed that **MURRIETA, JR.'s** hands were visibly shaking. The vehicle was referred to the secondary inspection area for further inspection.

In the secondary inspection area, CBPOs discovered three (3) AK-style rifles on the floorboard behind the second-row seats and three (3) Glock 9mm 19X pistols concealed under the folded third row seats. Specifically, the rifles were a 7.62x39 Pioneer Arms rifle and two 7.62x39 Century Arms rifles. The CBPOs also discovered three (3) 7.62x39 magazines and six (6) Glock 9mm 19X pistol magazines in the vehicle.

In a post-*Miranda* interview, **MURRIETA, JR.** admitted that he drove to Phoenix, Arizona on January 22, 2024, to pick up the weapons and magazines. **MURRIETA, JR.** stated that the weapons were going to be delivered to an individual in Nogales, Sonora, Mexico. **MURRIETA, JR.** also admitted that he has successfully

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>MATTHEW J SCHRAUGER<br>Digitally signed by MATTHEW J SCHRAUGER<br>Date: 2024.01.23 11:01:21 -07'00' |
|---|---|
| AUTHORIZED BY AUSA *Raquel Arellano*  RAQUEL ARELLANO  Digitally signed by RAQUEL ARELLANO Date: 2024.01.23 10:48:38 -07'00' | OFFICIAL TITLE<br>HSI Special Agent Matthew Schrauger |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 23, 2024 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-01458MJ

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

taken weapons and ammunition to Mexico on four or five previous occasions and that he is typically paid $300 per firearm successfully transported to Mexico. **MURRIETA, JR.** stated that he did not have a license to export firearms or ammunition out of the United States.

The firearms found in the vehicle qualify as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license.



## (BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)

