GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED

2024 FEB 21  PM 3:46

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-00786 TUC-SHR(AMM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

Jose Rene Murrieta,

        Defendant.

No.

**INDICTMENT**

VIO: 18 U.S.C. § 554(a)
(Smuggling Goods from the United States)
Count 1

18 U.S.C. §§ 933(a)(2) & (b)
(Felony Receipt of a Firearm)
Count 2

18 U.S.C. § 922(k)(2)
(Conspiracy to Smuggle Firearms Out of the United States)
Count 3

(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about January 23, 2024, in the District of Arizona, Defendant JOSE RENE MURRIETA, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- One (1) 7.62x39 Pioneer Arms Corp. Rifle (Serial Number Removed)

1      -   Two (2) 7.62x39 Pioneer Arms Corp. Rifles (SV7139910; SV7140269)
2      -   Three (3) 9mm Glock 19x Pistols (CABL598; CAHP375; CATL542)
3      -   Six (6) Glock 9mm Magazines
4      -   Three (3) 7.62x39 Magazines

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about January 23, 2024, in the District of Arizona, Defendant JOSE RENE MURRIETA did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit:

- One (1) 7.62x39 Pioneer Arms Corp. Rifle (Serial Number Removed)
- Two (2) 7.62x39 Pioneer Arms Corp. Rifles (SV7139910; SV7140269)
- Three (3) 9mm Glock 19x Pistols (CABL598; CAHP375; CATL542)

knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Title 18, United States Code, Section 554(a), Smuggling Goods from the United States.

In violation of Title 18, United States Code, Sections 933(a)(2) & (b).

## COUNT 3

On or about January 23, 2024, in the District of Arizona, Defendant JOSE RENE MURRIETA did knowingly conspire to smuggle or take out of the United States firearms, to wit:

- One (1) 7.62x39 Pioneer Arms Corp. Rifle (Serial Number Removed)
- Two (2) 7.62x39 Pioneer Arms Corp. Rifles (SV7139910; SV7140269)
- Three (3) 9mm Glock 19x Pistols (CABL598; CAHP375; CATL542)

with the intent to engage in or to promote conduct that constitutes a felony, to wit: Title 18, United States Code, Sections 554(a) and 2, Smuggling Goods from the United States and Aiding and Abetting.

In violation of Title 18, United States Code, Section 924(k)(2).



### FORFEITURE ALLEGATION

Upon conviction of the Indictment, the defendant, Jose Rene MURRIETA, Jr., shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, any property constituting or traceable to the gross proceeds taken, obtained, or retained in connection with or as a result of the offense, and any property constituting an item or technology that is exported or intended to be exported in violation of the offense, pursuant to Title 18, United States Code, Section 924(d), Title 50, United States Code, Sections 4819(d)(1)(B), 4819(d)(1)(C), and Title 28, United States Code, Section 2461(c), including, but not limited to: two (2) Glock, model 19X, 9mm caliber pistols bearing serial numbers CABL598 and CAHP375; one (1) Pioneer Arms, 7.62x39mm caliber rifle with an obliterated serial number; two (2) Century Arms 7.62x39mm caliber rifles bearing serial

numbers SV139910 and SV7140269; three (3) 7.62x39mm caliber magazines; six (6) 9mm caliber magazines; and $3,423 in United States currency.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Sections 4819(d)(1)(B), 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: February 21, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
NATHANIEL J. WALTERS
Assistant United States Attorney