GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       v.<br><br>Jose Rene Murrieta,<br><br>              Defendant. | CR 24-00786-TUC-SHR (AMM)<br><br>GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |

The United States of America hereby gives notice that on April 22, 2024, the Department of Homeland Security, U.S. Customs and Border Protection administratively forfeited two (2) Glock, model 19X, 9mm caliber pistols bearing serial numbers CABL598 and CAHP375; one (1) Pioneer Arms, 7.62x39mm caliber rifle with an obliterated serial number; two (2) Century Arms 7.62x39mm caliber rifles bearing serial numbers SV139910 and SV7140269; three (3) 7.62x39mm caliber magazines; and six (6) 9mm caliber magazines, which were included in the Forfeiture Allegation of the defendant's Indictment.

Therefore, the government will not pursue criminal forfeiture against the assets listed in this notice.

DATED this 16th day of May, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Nathaniel J. Walters*
NATHANIEL J. WALTERS
Assistant U.S. Attorney