JON M. SANDS
Federal Public Defender
JOHN CONNELLY
Assistant Federal Public Defender
NE State Bar No. 023314
Email: john_connelly@fd.org
407 W. Congress St., Suite 501
Tucson, AZ  85701-1355
Telephone: (520) 879-7500
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CR24-00786-AMM-EJM |
| Jose Rene Murrieta, | |
| Defendant | |

## SENTENCING MEMORANDUM

### I. Introduction

While Mr. Murrieta has no objections to his guideline calculations and -in hindsight - now comprehends the dangerousness of his conduct leading to his arrest, Mr. Murrieta respectfully requests the Court to consider sentencing him to a term of supervised release in consideration of the nature and circumstance of the offense, and the history and characteristics of Mr. Murrieta pursuant to 18 U.S.C § 3553(a)(1).

### II. Nature and Circumstance of the Offense pursuant to 18 U.S.C § 3553(a)(1)

A. Mens Rea/ Drug Dependence

- Following Mr. Murrieta's divorce, he used drugs to block his emotional pain. His drug use quickly turned into drug abuse and he became addicted. His need for money to support his addiction caused him to begin crossing contraband.

**III. History and Characteristics pursuant to 18 U.S.C. § 3553(a)(1)**

A. Performance on Pretrial Services Release

- 18 flawless months on Pretrial Services Release;
- Completed substance abuse treatment at Pinal Hispanic Council in Nogales, Arizona;
- Zero positive drug and alcohol tests;
- Maintained employment.
- Requested permission to travel to Mexico and always abided by Court orders;
- Flawless pre-COP and pre-sentence Release Status Report filed by USPO.

B. Lack of Youthful Guidance/ Basic Needs

- His mother and father divorced when he was a child. Thereafter, his father was not involved in his nor his 4 siblings lives. His mother was a single mother who relied on assistance from the government and their local church to buy food and pay monthly bills;

- Despite being active in high school as a basketball and baseball player and succeeding in the classroom, Mr. Murrieta dropped out of school in the 11th grade so he could work full time to help his struggling mother buy food and pay the bills.

C. Employment Record

- Mr. Murrieta has maintained the same employment wherein he is a highly regarded employee. In addition to preparing food, he is entrusted with the business credit card to make purchases on behalf of the restaurant and is entrusted with transferring cash to the safe at the end of his shift. In addition, the owner regards him as a hard worker, reliable, punctual, and flexible employee.

D. Family Ties and Responsibilities

- While on Pretrial release, Mr. Murrieta and his fiancé had a baby girl in June 2025. Mr. Murrieta is the sole provider for his newborn daughter. In addition, Mr. Murrieta has consistently paid $400/month to his former spouse who raises their 5 year old son.

E. Acceptance of Responsibility/ Remorse/ Lack of Criminal History

- Mr. Murrieta waived Miranda at the border and has been truthful to law enforcement and USPO about how and why he illegally transporting contraband;

- Knowing the consequences and particularly high guideline calculations his conduct would yield despite having no criminal history, Mr. Murrieta has always wanted to accept responsibility for his conduct and go to substance abuse treatment for his drug addiction;

**IV. Conclusion**

When considering Mr. Murieta's request for a supervised release sentence, Mr. Murieta respectfully requests this Court to particularly consider his drug dependence as his motivation to commit the instant offenses, his completion of substance abuse treatment, his flawless performance on pretrial release, his impoverished childhood, his employment record, his family ties and new responsibilities as a father to his newborn daughter, and his acceptance of responsibility from the moment he was arrested.

RESPECTFULLY SUBMITTED:       August 13, 2025

JON M. SANDS

Federal Public Defender

*s/ John A. Connelly*

JOHN A. CONNELLY

Assistant Federal Public Defender

**Certificate of Service**

I certify that on August 13, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record, to include:

Mr. Nathaniel Walters: Assistant United States Attorney

Ms. Christy Ferasin: United States Probation Officer